**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7255**

---

SA'ID ABDULLAH AL'RASHID,

Plaintiff - Appellant,

versus

DOUG CATOE; LAURIE F. BESSINGER; JOYCE BROWN;
SAMUAL K. LEWIS; JOHN NORRIS; MARY SELF; SER-
GEANT PARKER,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CA-99-459-3-19BC)

---

Submitted: January 18, 2001        Decided: January 25, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sa'id Abdullah Al'Rashid, Appellant Pro Se.  Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sa'id Abdullah Al'Rashid appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Al'Rashid v. Catoe</u>, No. CA-99-459-3-19BC (D.S.C. filed July 27, 2000; entered July 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>